IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL-17-md-2775 Hon. Catherine C. Blake |
| This Document Relates to Case No. 1:20-cv-1274 | SHORT FORM COMPLAINT BHR TRACK CASES |

## SHORT FORM COMPLAINT

1. Plaintiff, Pamela S. Arias, states and brings this civil action in MDL No. 2775, entitled *In re: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation*. Plaintiff is filing this Short Form Complaint pursuant to CMO No. 3, entered on August 3, 2017 by this Court.

## PARTIES, JURISDICTION AND VENUE

2. Plaintiff is a resident and citizen of Elkhart, Indiana, and claims damages as set forth below.

3. Federal jurisdiction is proper based on diversity of citizenship.

4. The Federal District in which Plaintiff's initial implants took place: Central District of California.

5. The Federal District in which Plaintiff's revision surgery will take place: Northern District of Indiana.

6. Plaintiff brings this action *[check the applicable designation]*:

    ___X___  On behalf of herself;

## FACTUAL ALLEGATIONS

7. On or about May 13, 2008, Plaintiff underwent surgery during which a Smith & Nephew BHR Resurfacing System was implanted into Plaintiff's left hip.

8. Plaintiff's left BHR implant surgery was performed at Riverside Medical Center in Riverside, California by Dr. Michael Mai.

9. Plaintiff underwent a medically-indicated revision of the left BHR hip implant on or about Feb. 13, 2019, by Dr. Adam Cien at St. Joseph Regional Medical Center in Mishawaka, Indiana.

10. Plaintiff suffered the following complications, injuries, and/or indications, some or all of which made revision surgery of the left hip medically necessary: pain, limited mobility, metallosis, elevated metal ion levels.

11. Plaintiff adopts the allegations of the Master Amended Consolidated Complaint ("MACC") filed August 11, 2017, and any and all amendments to the MACC.

## ALLEGATIONS AS TO INJURIES

12. (a) Plaintiff claims damages as a result of (check all that are applicable):

    ___X__       INJURY TO HERSELF

    _____       INJURY TO THE PERSON REPRESENTED

    _____       WRONGFUL DEATH

    _____       SURVIVORSHIP ACTION

    __X____      ECONOMIC LOSS

Defendant, by its actions or inactions, proximately caused the injuries to Plaintiff.

2

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

13. The following claims and allegations are asserted by Plaintiff and are herein adopted by reference under the laws of the following state (check all that are applicable):

__X__ COUNT I (negligence: Indiana and/or California)

__X__ COUNT II (negligent failure to warn: Indiana and/or California)

__X__ COUNT III (negligent misrepresentation: Indiana and/or California)

__X__ COUNT IV (negligence per se: Indiana and/or California)

__X__ COUNT V (breach of express warranties: Indiana and/or California)

__X__ COUNT VI (punitive damages: Indiana and/or California)

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. For compensatory damages;
2. Pre-judgment and post-judgment interest;
3. Statutory damages and relief of the state whose laws will govern this action;
4. Costs and expenses of this litigation;
5. Reasonable attorneys' fees and costs as provided by law;
6. Equitable relief in the nature of disgorgement; and,
7. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury as to all claims in Complaint so triable.

Dated: May 21, 2020

3

Respectfully submitted,

JONES WARD PLC

s/ Alex C. Davis
Alex C. Davis
Jasper D. Ward IV
The Pointe
1205 E. Washington St., Suite 111
Louisville, KY 40206
Phone: (502) 882 6000
Facsimile: (502) 587-2007
alex@jonesward.com
jasper@jonesward.com
Alex C. Davis Bar ID No.: 94899
Jasper D. Ward Bar ID No.: 92160
*Counsel for Plaintiff*